BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-MJ-00005 (SAB) |
| Plaintiff, | MOTION AND ORDER FOR RELEASE FROM CUSTODY |
| V. | |
| MARIA DEL VILLOR, | |
| Defendant. | |

The United States of America, Plaintiff, by and through Benjamin B. Wagner, United States Attorney, and Melanie L. Alsworth, Assistant United States Attorney, hereby move the Court for the immediate release of Maria Gutierrez from the custody of the United States Marshalls.

Maria Del Villor is a named defendant in Case Number ED13-0332M-3 originating in the Central District of California. An arrest warrant was issued for Maria Del Villor. Maria Gutierrez, having the same identifiers as Maria Del Villor, was arrested and appeared in court before the Honorable Stanley A. Boone. Ms. Gutierrez requested an identification hearing, which is scheduled for January 14, 2014, at 1:30 p.m.

Further investigation has corroborated the allegation by Maria Gutierrez that she is not the individual sought pursuant to the warrant issued in the Central District of California in Case Number ED13-0332M-3. Therefore, Maria Gutierrez should be released as from custody as soon as practicable.

1 DATED January 13, 2014.

          Respectfully submitted,

          BENJAMIN B. WAGNER,
          United States Attorney


      By:   /s/ Melanie L. Alsworth
          MELANIE L. ALSWORTH
          ASSISTANT UNITED STATES ATTORNEY


IT IS SO ORDERED.

DATED: **Jan 13, 2014**

          _____
          STANLEY A. BOONE
          UNITED STATES MAGISTRATE JUDGE